IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MING HUEI LIN,

    Petitioner,

vs.                             No. CV 12-851 LH/WDS

LEE VAUGHN,

    Respondent.

## MAGISTRATE JUDGE'S PROPOSED
## FINDINGS AND RECOMMENDED DISPOSITION[1]

**THIS MATTER** comes before the Court on Respondent's Motion to Dismiss Ming Heui Lin's Petition for Habeas Corpus pursuant to 28 U.S.C. §2241. [Doc. No. 8] Having reviewed the Petition and the Motion to Dismiss, to which Petitioner has filed no opposition, and considering the record and the law, the Court recommends that Respondent's Motion to Dismiss be GRANTED as unopposed, and that the petition be dismissed with prejudice.

                                            **W. DANIEL SCHNEIDER**
                                            **United States Magistrate Judge**

---

[1]Within fourteen (14) days after a party is served with a copy of these findings and recommendations, that party may, pursuant to 28 U.S.C. §636(b)(1), file written objections to such findings and recommendations. A party must file any objections with the Clerk of the U.S. District Court within the fourteen-day period allowed if that party wants to have appellate review of the findings and recommendations. If no objections are filed, no appellate review will be allowed.